IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FINLEY PARKER,[1] | § | |
| | § | No. 402, 2021 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | Court Below–Family Court |
| v. | § | of the State of Delaware |
| | § | |
| LISA CLINE, | § | |
| | § | File No. CN06-01029 |
| Respondent Below, | § | Petition No. 21-04031 |
| Appellee. | § | |

Submitted: June 24, 2022
Decided: August 12, 2022

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Family Court in its November 29, 2021 order denying the appellant's petition to terminate or modify his alimony obligation to the appellee.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).